**Earnest C. KIDDER, Appellant v. UNITED STATES of America, Appellee.**

No. 13862.

United States Court of Appeals
Fifth Circuit.

May 10, 1952.

Earnest C. Kidder, in pro. per.

H. A. Stephens, Jr., Asst. U. S. Atty., J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., all of Atlanta, Ga., for appellee.

Before HOLMES, STRUM, and RIVES, Circuit Judges.

PER CURIAM.

Upon consideration of the record and arguments herein, it is ordered that the judgment appealed from be, and the same is hereby,

Affirmed.

**Evald Johann LARSEN, Plaintiff-Appellee, v. J. LAURITZEN, Defendant-Appellant.**

No. 246, Docket 22331.

United States Court of Appeals
Second Circuit.

Argued April 18, 1952.

Decided May 2, 1952.

Haight, Deming, Gardner, Poor & Havens, New York City, James M. Estabrook and David P. H. Watson, New York City, of counsel, for appellant.

Richard M. Cantor, New York City, George Halpern, New York City, of counsel, for appellee.

Before SWAN, Chief Judge, and AUGUSTUS N. HAND and FRANK, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the authority of Kyriakos v. Goulandris, 2 Cir., 151 F.2d 132 and Taylor v. Atlantic Maritime Co., 2 Cir., 179 F.2d 597, certiorari denied Atlantic Maritime Co. v. Rankin, 341 U.S. 915, 71 S.Ct. 736, 95 L.Ed. 1350.